**In re: Larry K. GREEN, a/k/a Said Abdullah Hakim, Petitioner.**

**No. 12–1311.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 19, 2012.

Larry K. Green, Petitioner pro se.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry K. Green petitions for a writ of mandamus seeking a restraining order against prison officials and a transfer. We conclude that Green is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Kerr v. United States Dist. Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); *United States v. Moussaoui,* 333 F.3d 509, 516–17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re First Fed. Sav. & Loan Ass'n,* 860 F.2d 135, 138 (4th Cir.1988).

The relief sought by Green is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*